IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:16cr33 |
| | ) |
| TROY ANTHONY WRIGHT, | ) |
| | ) |
| Defendant. | ) |

## STATEMENT OF FACTS

By signing below, the parties and their respective counsel agree that if this case had gone to trial, the government's evidence would have established the following facts beyond a reasonable doubt:

1. On October 25, 2015, a Virginia Beach Police Officer conducted a traffic stop on the defendant's vehicle for illegal window tint and a cracked windshield. After the officer approached the defendant's vehicle, he detected the odor of marijuana. Following a probable cause search, the officer recovered 2 grams of marijuana, a loaded Glock 9mm handgun with ammunition, $1,219 in United States currency, and 99.97 grams of heroin.

2. The Virginia Beach Special Investigations Unit responded to the scene and advised the defendant of his Miranda rights. After waiving his rights, the defendant admitted that he knew about the heroin and was transporting it for distribution. The defendant also accepted ownership of the weapon.

3. The suspected heroin recovered from the defendant was tested and confirmed to be heroin by the Virginia Department of Forensic Science on January 8, 2016.

4. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom the defendant may have engaged in illegal activities. The defendant further acknowledges that he is obligated under his plea agreement to provide additional information about this case beyond that which is described in this statement of facts.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
John F. Butler
Special Assistant United States Attorney

Defendant's signature: After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TROY ANTHONY WRIGHT, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
TROY ANTHONY WRIGHT, Defendant

Defense attorney signature: I am the attorney for defendant, TROY ANTHONY WRIGHT. I have carefully reviewed the above Statement of Facts with him. His decision to enter into this factual stipulation is knowing, intelligent, and voluntary.

_____
Richard J. Colgan
Assistant Federal Public Defender
Amanda Conner
Assistant Federal Public Defender